UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CHARLES STEWART, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | Case No. 16-cv-05322-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 42 |

The parties' Stipulated Request to Vacate Case Management Conference, ECF No. 42, is GRANTED IN PART AND DENIED IN PART. The Case Management Conference currently scheduled for January 4, 2017 is CONTINUED to April 19, 2017 at 2:00 p.m. An updated Joint Case Management Statement is due by April 10, 2017. The case is stayed until April 10, 2017 or until further order of the Court, whichever is sooner.

The parties should work as diligently as possible to complete a loan modification prior to April 10, 2017 or, in the alternative, to determine that one cannot be completed. The Court anticipates resuming the litigation and setting a case schedule on April 19.

IT IS SO ORDERED.

Dated: January 4, 2017

_____
JON S. TIGAR
United States District Judge