MCGUIREWOODS LLP
ALISON V. LIPPA SBN #160807
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111
Telephone: 415.844.9944
Facsimile: 415.844.9922
Email: alippa@mcguirewoods.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CHARLES STEWART, KARA MICHELLE STEWART, | CASE NO. 3:16-cv-05322-JST |
| Plaintiffs, | [PROPOSED] ORDER GRANTING STIPULATED REQUEST THAT THE CASE BE DISMISSED WITH PREJUDICE |
| vs. | |
| BANK OF AMERICA, N.A., a United States National Association; | [Fed. R. Civ. P. Rule 41(a)] |
| U.S. BANK TRUST COMPANY N.A. a United States National Association; | |
| U.S. BANCORP, a Delaware Corporation; | Complaint Filed: August 16, 2016 |
| CALIBER HOMES LOANS INC., a Delaware Corporation; | Trial Date: None Set |
| DOES 001-025 | |
| Defendants. | |

This matter is before the Court regarding the Joint Stipulation of Plaintiffs CHRISTOPHER CHARLES STEWART and KARA MICHELLE STEWART and Defendants BANK OF AMERICA, N.A., CALIBER HOME LOANS, INC. and U.S. BANK TRUST, N.A., as Trustee for LSF9 Master Participation Trust to dismiss this case with prejudice after settlement.

Having considered the Joint Stipulation presented, it appears that good cause exists to

///

dismiss this case with prejudice.

THEREFORE, IT IS HEREBY ORDERED that

1. The case is dismissed with prejudice after settlement.

2. Each party will bear its own attorneys' fees and costs associated with this case.

IT IS SO ORDERED.

DATED: _May 22, 2017

_____
Hon. Jon S. Tigar